IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*In re:*       :     **Chapter 11**

**FEDERAL IDENTIFICATION CARD CO., INC. d/b/a PTM SPORT**

      **Debtor**     :     Bankruptcy No. 16-

## CORPORATE RESOLUTION AUTHORIZING FILING PETITION FOR REORGANIZATION OR LIQUIDATION

**WHEREAS,** Federal Identification Card Co., Inc. d/b/a PTM Sport, a Pennsylvania corporation, is unable to pay its debts as they mature, and it is necessary for the corporation to reorganize and it is advisable to proceed under the acts of Congress relating to Bankruptcy;

**THEREFORE,** be it resolved this corporation is authorized to file a Petition for reorganization under the acts of Congress relating to Bankruptcy.

**RESOLVED,** that Louis N. Leof, President of the corporation, is hereby authorized to execute the Petition and other documents and to take or cause to be taken such proceedings as may be desirable or necessary to secure this corporation any and all relief that it may be entitled to under the Bankruptcy Reform Act of 1978, and that Ciardi Ciardi & Astin be employed to carry out the provisions of the Resolution.

FEDERAL IDENTIFICATION CARD
CO., INC. d/b/a PTM SPORT

Dated: May _16_, 2016     By: _____
Louis N. Leof, President