UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>FEDERAL IDENTIFICATION CARD<br>CO., INC. d/b/a PTM SPORT,<br><br>Debtor. | : CHAPTER 11<br>:<br>:<br>:<br>: BANKRUPTCY NO. 16-<br>:<br>: |

## STATEMENT OF NO BALANCE SHEET, STATEMENT OF OPERATIONS, OR CASH FLOW STATEMENTS PURSUANT TO 11U.S.C. §1116 (1)(B)

TO THE CLERK OF COURT:

Debtor is unable to file its Balance Sheet, Statement of Operations, and Cash Flow Statement because no such Balance Sheet, Statement of Operations and/or Cash Flow Statement has been prepared prior to the filing of the bankruptcy. This statement is being filed pursuant to 11U.S.C. §1116 (1)(B).

CIARDI CIARDI & ASTIN

May 16, 2016        By:    /s/ Albert A. Ciardi, III
                           Albert A. Ciardi, III, Esquire
                           Jennifer E. Cranston, Esquire
                           One Commerce Square, Suite 3500
                           2005 Market Street
                           Philadelphia, PA 19103
                           215 557 3550
                           215 557 3551 (fax)
                           aciardi@ciardilaw.com
                           jcranston@ciardilaw.com

| AccountNumber | AccountName | JANUARY | FEBRUARY | MARCH | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|---|---|---|---|
| 4000 | Custom Screenprinted Sales | 41978.76 | 44444.85 | 79481.95 | 71836.57 | 67240.35 | 91167.87 | |
| 4001 | Custom Embroidered Sales | 36083.11 | 22105.79 | 40848.96 | 87675.98 | 70243.81 | 54906.04 | |
| 4002 | Contract Screenprinting Sales | 11314.84 | 7163.07 | 27070.28 | 27070.28 | 10016.12 | 13632.79 | |
| 4003 | Contract Embroidery Sales | 14105.8 | 14693.66 | 57683.4 | 22262.81 | 13508.85 | 15287.04 | |
| 4005 | Sales - Ad Specialty | 8243.23 | 11428.27 | 27140.05 | 5431.24 | 7719.4 | 4186.44 | |
| 4006 | Sales - Special Events | 0 | 0 | 8137.18 | 0 | 0 | 3430.83 | |
| 4007 | Custom Digital Sales | 0 | 0 | 0 | 0 | 0 | 0 | |
| 4008 | Contract Digital Sales | 0 | 140 | 0 | 0 | 310 | 0 | |
| 4018 | Sales - Miscellaneous | 0 | 0 | 0 | 0 | 0 | 0 | |
| 4019 | Sales - Refunds And Returns | -2721.93 | -2968.18 | -639.42 | -443.49 | -3792.39 | -868.66 | |
| 4020 | Rent Income | 0 | 0 | 0 | 0 | 0 | 0 | |
| 4021 | Interest Income | 0 | 0 | 0 | 0 | 0 | 0 | |
| 4022 | Miscellaneous Income | 0 | 0 | 8.28 | 0 | 7.98 | 8 | |
| 4025 | Sample Screen Printed Sales | 124.29 | 226 | 315.75 | 48.5 | 0 | 44.94 | |
| 4125 | Sample Embroidered Sales | 0 | 0 | 0 | 0 | 0 | 0 | |
| 4200 | Subcontract Screenprinted Sales | 0 | 0 | 0 | 0 | 0 | 0 | |
| 4250 | Subcontract Embroidered Sales | 0 | 0 | 0 | 0 | 0 | 0 | |
| 4475 | Shipping Charges Revenue | 4203.14 | 3551.61 | 7286.61 | 3265.24 | 3189.6 | 2626.4 | |
| | | 113331.24 | 100785.07 | 220262.76 | 217147.13 | 168443.72 | 184421.69 | |
| 5000 | Cost Of Goods Sold | 0 | 0 | 0 | 0 | 0 | 0 | |
| 5001 | Purchases - Blank Goods | 38367.7 | 17708.25 | 76501.51 | 91968.37 | 29270.18 | 73402.58 | |
| 5003 | Purchases - Fabric | 911.91 | 521.75 | 365.52 | 755.27 | 295.18 | 427.95 | |
| 5005 | Purchases - Labels | | | | | | | |
| 5006 | Purchases - Ad Specialties | -439.52 | 7831.47 | 12043.73 | 2346.35 | 14448.77 | 5002.19 | |
| 5018 | Credits & Refunds | | | 494.59 | 1055.6 | | | |
| 5019 | Freight In | 201.81 | 215.7 | 213.13 | 514.32 | 454.17 | 30.08 | |
| 5020 | Change In Inventory | | | | | | | |
| 5021 | Garment Dying | | | | | | | |
| 5022 | Contractor - Graphics | | 118.62 | | | | | |
| 5023 | Contractor - Labeling | | | | | | | |
| 5024 | Contractor - Printing | | | | | | | |
| 5025 | Contractor - Embroidery | | | | | | | |
| 5028 | Contractor - Punching | | | | | | | |
| 5031 | Printing - Salaries | 1690 | 222 | 1615 | 440 | 140 | 250 | |
| 5032 | Printing - Payroll Taxes | 9148.48 | 6948.64 | 14644.38 | 15764.57 | 14540.72 | 12710.95 | |
| 5033 | Printing - Employee Benefits | 1391.21 | 1044.36 | 1677 | 1606.05 | 1299.63 | 245 | |
| 5034 | Graphics - Salaries | 1182.28 | 1360.94 | -521.12 | -686.88 | 1541.65 | 896.2 | |
| 5035 | Graphics - Payroll Taxes | 5280.1 | 3985.1 | 4651.06 | 5343.79 | 6228.53 | 2487.33 | |
| 5036 | Graphics - Employee Benefits | 815.92 | 615.04 | 650.89 | 815.91 | 1025.89 | 5128.99 | |
| 5038 | Embroidery - Salaries | 396.74 | 1044.64 | -112.24 | -41.66 | 339.9 | 672.94 | |
| 5039 | Embroidery - Payroll Taxes | 17474.43 | 14448.04 | 15642.33 | 19630.27 | 21508.3 | 396.2 | |
| 5040 | Embroidery - Employee Benefits | 2673.02 | 2212.29 | 2491.47 | 2630.6 | 2245.47 | 15775.93 | |
| 5044 | Warehouse - Salaries | -291.77 | 2262.86 | 895.73 | -804.24 | -1130.3 | 1468.33 | |
| 5045 | Warehouse - Payroll Taxes | 6389.78 | 6135.19 | 6909.59 | 7658.42 | 6366.98 | 2917.12 | |
| 5046 | Warehouse - Employee Benefits | 724.33 | 589.45 | 807.97 | 626.96 | 661.5 | 6026.8 | |
| 5051 | Manufacturing Supplies | -22.45 | -17.96 | -94.95 | -17.96 | -22.45 | 729.99 | |
| 5052 | Embroidery Supplies | -359.07 | | 89.04 | 190.74 | | -17.96 | |
| 5053 | Silkscreening Supplies | 1824.59 | 392.62 | 662.97 | 693.06 | 591.84 | 176.64 | |
| 5998 | Inventory Defects [OnSite 7 Default] | 3147.29 | -4492.06 | 4622.73 | 6632.69 | 3218.67 | 4248.64 | |
| 5999 | Payment Discounts [OnSite 7 Default] | | | | | | | |
| | | 90506.78 | 63146.94 | 144150.33 | 157032.03 | 103024.63 | 132975.9 | 0 |
| 6001 | Selling - Salaries | 7457.8 | 7736.14 | 5966.24 | 7890.95 | 14865.98 | 7837.75 | |
| 6002 | Selling - Payroll Taxes | 1132.15 | 925.34 | 561.35 | 829.95 | 1121.58 | 566.38 | |
| 6003 | Selling - Employee Benefits | 1603.23 | 499.66 | -392.08 | -1177.4 | -1285.91 | 1615.54 | |
| 6004 | Administrative - Salaries | 21933.09 | 17529.32 | 17502.5 | 17648.39 | 22857.33 | 18333.28 | |
| 6005 | Administrative - Payroll Taxes | 3336.92 | 2463.74 | 1638.64 | 1338.96 | 1680.57 | 1394.01 | |
| 6006 | Administrative - Employee Benefits | 678.35 | 3564.25 | -254.43 | -1044.04 | 4097.3 | 3588.17 | |

| Account | | | | |
|---|---|---|---|---|
| 6011 Freight Out | | | | |
| 6012 Entertainment & Meals | | | | |
| 6013 Bad Debt Expense | | | | |
| 6014 SHOWS | | | | |
| 6025 Travel - Shows | | | | |
| 6026 Travel - Sales | | | | |
| 6027 Advertising | | | | |
| 6028 Royalties | | | | |
| 6029 Commissions | 1600 | | 1694.01 | 3004.96 | 1200 |
| 6034 Amortization | | | | |
| 6035 Auto Expense - Lease | | 900.78 | 265.4 | | 852.19 |
| 6036 Auto Expense - Insurance | 314.79 | 752.35 | 1233.06 | 707.41 | 1204.69 |
| 6037 Auto Expense - Other | 139.38 | 144.83 | 290.65 | | 93.97 |
| 6040 IT expense | | 82.82 | 307.97 | 25 | |
| 6041 Computer - Purchases | 19.95 | 19.95 | 19.95 | 19.95 | 19.95 |
| 6042 Computer - Technician | | | | 318.95 | |
| 6043 Bank Fees | 255 | 760 | 250 | 2375 | 500 |
| 6045 Credit Card Fees | 2837.69 | 827.66 | 1210 | 556.45 | 590 |
| 6046 Professional Fees | 4666 | 1201.5 | 1188.93 | 1302 | 791.32 |
| 6048 Depreciation | | | 756 | | 6334.8 |
| 6051 Insurance Expense | | 4466.4 | | 1026.1 | 2240.3 |
| 6054 Interest Expense | 257.02 | 257.02 | 257.02 | 514.04 | 257.02 |
| 6055 Presidential - Interest Expense | | | | | |
| 6056 Presidential - Fees | | | | | |
| 6057 Office Expense | 475.41 | 448.77 | 728.41 | 298.5 | 548.22 |
| 6058 Office Supplies | 193.05 | 797.67 | 1867.79 | 508.17 | 381.6 |
| 6059 Machine Lease Expense | | | | | |
| 6061 Postage | | 116 | | | 49 |
| 6065 Research & Development | | | | | |
| 6067 Rent | 6500 | 4341 | 9683.12 | 4340.11 | 4338.33 |
| 6070 Repairs & Maintenance | -40.29 | 257 | 78.96 | 237.06 | |
| 6076 Taxes - Capital Stock | | | | | |
| 6077 Taxes - Real Estate | | | | | |
| 6078 Taxes - Other | | 563.03 | 547.99 | 548.31 | 1096.61 |
| 6081 Telephone - Office | 386.06 | 293.38 | 381.58 | 326.06 | 406.71 |
| 6082 Telephone - Cell | 2416.73 | 4807.52 | 3439.14 | 2620.31 | 2730.36 |
| 6091 Utilities | | | | 1606.27 | |
| 6099 Miscellaneous | 58662.33 | 58217.79 | 51020.9 | 62534.36 | 58823.68 |
| | -35837.87 | -20579.66 | 25091.53 | 15309.7 | -7377.89 |
| | | | | 2884.73 | |
| | | | | | 0   0 |

| AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER |
|---|---|---|---|---|
| 48231.34 | 53781.16 | 67758.97 | 80598.78 | 31805.83 |
| 31213.45 | 24604.5 | 35982.83 | 22765.47 | 46414.03 |
| 19058.34 | 28634.93 | 30904.59 | 14519.62 | 10203.41 |
| 22054.05 | 20163.92 | 17114.42 | 16076.3 | 30729.15 |
| 2146 | 7736.34 | 2862.9 | 35263.75 | 8630 |
| -1814.86 | -918.72 | -1535.76 | -1305.01 | -773.36 |
| 0 | 0 | 0 | 0 | 0 |
| 41694.87 | 33742.48 | 75940.27 | 83629.85 | 50413.51 |
| 927.45 | 578.42 | 264.89 | 637.88 | 314.53 |
| 347 | | | | |
| 29 | | | | 92 |
| 3184.83 | 6352.62 | 4041.56 | 4702.26 | 9365.62 |
| | | -40000 | -20000 | 12.42 |
| 5352.99 | 4279.81 | 3687.4 | 3577.28 | 3658.92 |
| 126617.31 | 138281.94 | 156773.35 | 171596.19 | 130759.98 |
| 230 | 20.64 | 97.12 | 379 | 270 |
| 10106.96 | 10223.66 | 14199.11 | 11656.43 | 11626.31 |
| 604.58 | 830.1 | 1129.12 | 793.28 | 893.33 |
| 3893.98 | -791.84 | 3810.7 | -791.84 | 1523.05 |
| 3602.22 | 3076.92 | 3846.15 | 3616.92 | 5190.13 |
| 263.59 | 223.4 | 279.25 | 313.16 | 461.75 |
| 267.51 | -156.84 | -121.13 | -156.84 | 200.15 |
| 16188.74 | 17776.13 | 21689.7 | 17416.32 | 24305.16 |
| 1179.22 | 1232.05 | 1582.67 | 1234.43 | 1642.57 |
| 792.47 | 261.32 | 711.25 | -390.56 | -327.48 |
| 5762.57 | 5726.37 | 8478.99 | 5898.94 | 6929.67 |
| 593.27 | 552.7 | 612.08 | 451.29 | 530.14 |
| -17.96 | -17.96 | -13.47 | | |
| 76.32 | 55.74 | | 162 | 1244.96 |
| 3724.08 | 629.8 | 2661.93 | 824.42 | 1628.6 |
| | 5536.12 | | 2691.54 | |
| 9274.7 | 85852.03 | 99410.19 | 113068.48 | 116224.62 |
| 2323.82 | 1784.61 | 3394.89 | 2651.25 | 3743 |
| 144.55 | 103.3 | 243.09 | 202.8 | 266.32 |
| -855.96 | -1177.4 | -223.76 | -743.36 | -12957.31 |
| 18053.2 | 14203.28 | 17965 | 14303.28 | 17879.1 |
| 1646.05 | 1435.4 | 1446.45 | 1059.8 | 1324.75 |
| 5506.37 | -449.48 | 5628.73 | -323.48 | 2806.78 |

| | | | |
|---|---|---|---|
| 4050.64 | 2660.81 | 3343.96 | 2182.47 |
| 6586.61 | 250 | 481 | 5078.47 |
| | 4430.43 | 5165.17 | |
| 961.03 | 428.92 | 857.84 | 2395.69 |
| 214.73 | 710.84 | 710.84 | 129.77 |
| 313.81 | 313.81 | 195.91 | |
| 40.91 | 19.95 | 19.95 | |
| 1139 | 546 | 754 | 859 |
| 8058.97 | 1789.48 | 1686.34 | 791.68 |
| 889.33 | 698 | 1493.1 | 1685.48 |
| 257.02 | | | 2400 |
| 375.16 | 321.23 | 410.7 | 72.7 |
| 78.72 | 684.59 | 700.39 | 188.92 |
| | 5000 | | 2400 |
| | 5344.47 | | 9223.72 |
| | 1324.74 | 4133.44 | |
| | | 117.63 | |
| 354.87 | 358.12 | 1098.77 | 2000 |
| 2278.07 | 2916.11 | 360.46 | 1660.26 |
| | | 2761.56 | 360.21 |
| | | | 3093.56 |
| 52103.29 | 43897.21 | 48494.41 | 43712.92 |
| -18760.68 | 8532.7 | 8968.75 | 18625.65 |
| | | | -29177.56 |
| | | | 6065.94 |

# Flash P/L - From 1/1/16 to 1/31/16 Profit Loss

| Account | Account Name | ◉ Period ○ YTD<br>Flash P/L - From<br>1/1/16 to 1/31/16 | ○ Period ○ YTD | ○ Period ○ YTD | ○ Period ○ YTD | ○ Period ○ YTD | ○ Period ○ YTD |
|---|---|---|---|---|---|---|---|
| 4000 | Custom Screenprinted Sales | 47,690.20 | | | | | |
| 4001 | Custom Embroidered Sales | 26,118.55 | | | | | |
| 4002 | Contract Screenprinting Sales | 8,879.91 | | | | | |
| 4003 | Contract Embroidery Sales | 12,544.20 | | | | | |
| 4005 | Sales - Ad Specialty | 1,486.60 | | | | | |
| 4006 | Sales - Special Events | | | | | | |
| 4007 | Custom Digital Sales | | | | | | |
| 4008 | Contract Digital Sales | | | | | | |
| 4018 | Sales - Miscellaneous | | | | | | |
| 4019 | Sales - Refunds And Returns | -773.83 | | | | | |
| 4020 | Rent Income | | | | | | |
| 4021 | Interest Income | | | | | | |
| 4022 | Miscellaneous Income | | | | | | |
| 4025 | Sample Screen Printed Sales | | | | | | |
| 4125 | Sample Embroidered Sales | 33.00 | | | | | |
| 4200 | Subcontract Screenprinted Sales | | | | | | |
| 4250 | Subcontract Embroidered Sales | | | | | | |
| 4475 | Shipping Charges Revenue | 4,587.77 | | | | | |
| | Total Revenue | 100,566.40 | | | | | |
| 5000 | Cost Of Goods Sold | | | | | | |
| 5001 | Purchases - Blank Goods | 59,082.74 | | | | | |
| 5003 | Purchases - Fabric | 481.65 | | | | | |
| 5005 | Purchases - Labels | | | | | | |
| 5006 | Purchases - Ad Specialties | 9,932.56 | | | | | |
| 5018 | Credits & Refunds | | | | | | |
| 5019 | Freight In | | | | | | |
| 5020 | Change In Inventory | | | | | | |
| 5021 | Garment Dyeing | | | | | | |
| 5022 | Contractor - Graphics | | | | | | |
| 5023 | Contractor - Labeling | | | | | | |
| 5024 | Contractor - Printing | | | | | | |
| 5025 | Contractor - Embroidery | | | | | | |

# Flash P/L - From 1/1/16 to 1/31/16 Profit Loss

◉ Period  ○ YTD    ○ Period  ○ YTD    ○ Period  ○ YTD    ○ Period  ○ YTD    ○ Period  ○ YTD    ○ Period  ○ YTD

| Account | Account Name | Flash P/L - From 1/1/16 to 1/31/16 | | | | | |
|---|---|---|---|---|---|---|---|
| 5028 | Contractor - Punching | 400.00 | | | | | |
| 5031 | Printing - Salaries | 10,062.51 | | | | | |
| 5032 | Printing - Payroll Taxes | 1,399.20 | | | | | |
| 5033 | Printing - Employee Benefits | -791.84 | | | | | |
| 5034 | Graphics - Salaries | 4,786.02 | | | | | |
| 5035 | Graphics - Payroll Taxes | 649.08 | | | | | |
| 5036 | Graphics - Employee Benefits | -156.84 | | | | | |
| 5038 | Embroidery - Salaries | 18,023.42 | | | | | |
| 5039 | Embroidery - Payroll Taxes | 2,591.01 | | | | | |
| 5040 | Embroidery - Employee Benefits | -390.56 | | | | | |
| 5044 | Warehouse - Salaries | 5,867.65 | | | | | |
| 5045 | Warehouse - Payroll Taxes | 895.02 | | | | | |
| 5046 | Warehouse - Employee Benefits | | | | | | |
| 5051 | Manufacturing Supplies | 115.03 | | | | | |
| 5052 | Embroidery Supplies | | | | | | |
| 5053 | Silkscreening Supplies | 1,607.70 | | | | | |
| 5998 | Inventory Defects [OnSite 7 Default] | | | | | | |
| 5999 | Payment Discounts [OnSite 7 Default] | | | | | | |
|  | Total Cost Of Goods | 114,554.35 | | | | | |
| 6001 | Selling - Salaries | 1,935.13 | | | | | |
| 6002 | Selling - Payroll Taxes | 267.00 | | | | | |
| 6003 | Selling - Employee Benefits | -2,254.41 | | | | | |
| 6004 | Administrative - Salaries | 15,700.10 | | | | | |
| 6005 | Administrative - Payroll Taxes | 2,340.32 | | | | | |
| 6006 | Administrative - Employee Benefits | 663.22 | | | | | |
| 6011 | Freight Out | 3,989.02 | | | | | |
| 6012 | Entertainment & Meals | | | | | | |
| 6013 | Bad Debt Expense | | | | | | |
| 6014 | SHOWS | | | | | | |
| 6025 | Travel - Shows | | | | | | |
| 6026 | Travel - Sales | | | | | | |
| 6027 | Advertising | | | | | | |

# Flash P/L - From 1/1/16 to 1/31/16 Profit Loss

| Account | Account Name | ● Period  ○ YTD<br>Flash P/L - From<br>1/1/16 to 1/31/16 | ○ Period  ○ YTD | ○ Period  ○ YTD | ○ Period  ○ YTD | ○ Period  ○ YTD |
|---|---|---|---|---|---|---|
| 6028 | Royalties | | | | | |
| 6029 | Commissions | 3,600.89 | | | | |
| 6034 | Amortization | | | | | |
| 6035 | Auto Expense - Lease | | | | | |
| 6036 | Auto Expense - Insurance | 716.92 | | | | |
| 6037 | Auto Expense - Other | 50.20 | | | | |
| 6040 | IT expense | | | | | |
| 6041 | Computer - Purchases | | | | | |
| 6042 | Computer - Technician | | | | | |
| 6043 | Bank Fees | 1,543.92 | | | | |
| 6045 | Credit Card Fees | | | | | |
| 6046 | Professional Fees | 1,337.92 | | | | |
| 6048 | Depreciation | | | | | |
| 6051 | Insurance Expense | 486.00 | | | | |
| 6054 | Interest Expense | | | | | |
| 6055 | Presidential - Interest Expense | | | | | |
| 6056 | Presidential - Fees | | | | | |
| 6057 | Office Expense | 109.05 | | | | |
| 6058 | Office Supplies | 604.34 | | | | |
| 6059 | Machine Lease Expense | | | | | |
| 6061 | Postage | | | | | |
| 6065 | Research & Development | | | | | |
| 6067 | Rent | -3,733.12 | | | | |
| 6070 | Repairs & Maintenance | | | | | |
| 6076 | Taxes - Capital Stock | | | | | |
| 6077 | Taxes - Real Estate | | | | | |
| 6078 | Taxes - Other | | | | | |
| 6081 | Telephone - Office | | | | | |
| 6082 | Telephone - Cell | 360.21 | | | | |
| 6091 | Utilities | 3,287.48 | | | | |
| 6099 | Miscellaneous | | | | | |
| | **Total Expense** | **31,004.19** | | | | |

# Flash P/L - From 1/1/16 to 1/31/16 Profit Loss

| Account | Account Name | ● Period ○ YTD<br>Flash P/L - From<br>1/1/16 to 1/31/16 | ○ Period ○ YTD | ○ Period ○ YTD | ○ Period ○ YTD | ○ Period ○ YTD | ○ Period ○ YTD |
|---|---|---|---|---|---|---|---|
| | Total Revenue | 100,566.40 | | | | | |
| | Total COG | 114,554.35 | | | | | |
| | Total Expenses | 31,004.19 | | | | | |
| | Net Profit Or Loss | -44,992.14 | | | | | |

# Flash P/L - From 2/1/16 to 2/29/16 Profit Loss

● Period  ○ YTD    ○ Period  ○ YTD    ○ Period  ○ YTD    ○ Period  ○ YTD    ○ Period  ○ YTD    ○ Period  ○ YTD    ○ Period  ○ YTD

| Account | Account Name | Flash P/L - From 2/1/16 to 2/29/16 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4000 | Custom Screenprinted Sales | 23,711.43 | | | | | | |
| 4001 | Custom Embroidered Sales | 9,562.69 | | | | | | |
| 4002 | Contract Screenprinting Sales | 12,198.94 | | | | | | |
| 4003 | Contract Embroidery Sales | 10,926.71 | | | | | | |
| 4005 | Sales - Ad Specialty | 10,147.00 | | | | | | |
| 4006 | Sales - Special Events | | | | | | | |
| 4007 | Custom Digital Sales | | | | | | | |
| 4008 | Contract Digital Sales | | | | | | | |
| 4018 | Sales - Miscellaneous | | | | | | | |
| 4019 | Sales - Refunds And Returns | -855.17 | | | | | | |
| 4020 | Rent Income | | | | | | | |
| 4021 | Interest Income | | | | | | | |
| 4022 | Miscellaneous Income | | | | | | | |
| 4025 | Sample Screen Printed Sales | | | | | | | |
| 4125 | Sample Embroidered Sales | | | | | | | |
| 4200 | Subcontract Screenprinted Sales | | | | | | | |
| 4250 | Subcontract Embroidered Sales | | | | | | | |
| 4475 | Shipping Charges Revenue | 3,059.55 | | | | | | |
| | Total Revenue | 68,751.15 | | | | | | |
| 5000 | Cost Of Goods Sold | | | | | | | |
| 5001 | Purchases - Blank Goods | 29,340.25 | | | | | | |
| 5003 | Purchases - Fabric | | | | | | | |
| 5005 | Purchases - Labels | | | | | | | |
| 5006 | Purchases - Ad Specialties | 1,208.57 | | | | | | |
| 5018 | Credits & Refunds | 146.84 | | | | | | |
| 5019 | Freight In | | | | | | | |
| 5020 | Change In Inventory | | | | | | | |
| 5021 | Garment Dying | | | | | | | |
| 5022 | Contractor - Graphics | | | | | | | |
| 5023 | Contractor - Labeling | | | | | | | |
| 5024 | Contractor - Printing | | | | | | | |
| 5025 | Contractor - Embroidery | | | | | | | |

# Flash P/L - From 2/1/16 to 2/29/16 Profit Loss

◉ Period ○ YTD    ○ Period ○ YTD    ○ Period ○ YTD    ○ Period ○ YTD    ○ Period ○ YTD    ○ Period ○ YTD    ○ Period ○ YTD

| Account | Account Name | Flash P/L - From 2/1/16 to 2/29/16 |
|---|---|---|
| 5028 | Contractor - Punching | 400.00 |
| 5031 | Printing - Salaries | 6,451.85 |
| 5032 | Printing - Payroll Taxes | 916.98 |
| 5033 | Printing - Employee Benefits | -616.37 |
| 5034 | Graphics - Salaries | 3,172.92 |
| 5035 | Graphics - Payroll Taxes | 514.44 |
| 5036 | Graphics - Employee Benefits | -156.84 |
| 5038 | Embroidery - Salaries | 14,605.72 |
| 5039 | Embroidery - Payroll Taxes | 2,183.66 |
| 5040 | Embroidery - Employee Benefits | -390.56 |
| 5044 | Warehouse - Salaries | 4,401.17 |
| 5045 | Warehouse - Payroll Taxes | 731.54 |
| 5046 | Warehouse - Employee Benefits | -426.73 |
| 5051 | Manufacturing Supplies | 2,183.66 |
| 5052 | Embroidery Supplies | 228.90 |
| 5053 | Silkscreening Supplies | 1,024.65 |
| 5998 | Inventory Defects [OnSite 7 Default] | |
| 5999 | Payment Discounts [OnSite 7 Default] | |
|  | Total Cost Of Goods | 63,736.99 |
| 6001 | Selling - Salaries | 1,606.56 |
| 6002 | Selling - Payroll Taxes | 267.00 |
| 6003 | Selling - Employee Benefits | |
| 6004 | Administrative - Salaries | 14,353.28 |
| 6005 | Administrative - Payroll Taxes | 2,036.14 |
| 6006 | Administrative - Employee Benefits | -16.72 |
| 6011 | Freight Out | 2,632.30 |
| 6012 | Entertainment & Meals | |
| 6013 | Bad Debt Expense | |
| 6014 | SHOWS | |
| 6025 | Travel - Shows | |
| 6026 | Travel - Sales | |
| 6027 | Advertising | |

# Flash P/L - From 2/1/16 to 2/29/16 Profit Loss

● Period ○ YTD    ○ Period ○ YTD    ○ Period ○ YTD    ○ Period ○ YTD    ○ Period ○ YTD    ○ Period ○ YTD    ○ Period ○ YTD

| Account | Account Name | Flash P/L - From 2/1/16 to 2/29/16 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6028 | Royalties | | | | | | | |
| 6029 | Commissions | 2,202.22 | | | | | | |
| 6034 | Amortization | | | | | | | |
| 6035 | Auto Expense - Lease | | | | | | | |
| 6036 | Auto Expense - Insurance | 1,135.46 | | | | | | |
| 6037 | Auto Expense - Other | 50.20 | | | | | | |
| 6040 | IT expense | | | | | | | |
| 6041 | Computer - Purchases | | | | | | | |
| 6042 | Computer - Technician | 150.00 | | | | | | |
| 6043 | Bank Fees | 1,572.70 | | | | | | |
| 6045 | Credit Card Fees | | | | | | | |
| 6046 | Professional Fees | 1,148.65 | | | | | | |
| 6048 | Depreciation | | | | | | | |
| 6051 | Insurance Expense | 7,664.80 | | | | | | |
| 6054 | Interest Expense | | | | | | | |
| 6055 | Presidential - Interest Expense | | | | | | | |
| 6056 | Presidential - Fees | | | | | | | |
| 6057 | Office Expense | 239.05 | | | | | | |
| 6058 | Office Supplies | 38.68 | | | | | | |
| 6059 | Machine Lease Expense | | | | | | | |
| 6061 | Postage | 121.14 | | | | | | |
| 6065 | Research & Development | | | | | | | |
| 6067 | Rent | | | | | | | |
| 6070 | Repairs & Maintenance | | | | | | | |
| 6076 | Taxes - Capital Stock | | | | | | | |
| 6077 | Taxes - Real Estate | | | | | | | |
| 6078 | Taxes - Other | | | | | | | |
| 6081 | Telephone - Office | | | | | | | |
| 6082 | Telephone - Cell | 360.21 | | | | | | |
| 6091 | Utilities | 3,831.11 | | | | | | |
| 6099 | Miscellaneous | | | | | | | |
| | Total Expense | 39,392.78 | | | | | | |

# Flash P/L - From 2/1/16 to 2/29/16 Profit Loss

| | ⦿ Period ○ YTD<br>Flash P/L - From<br>2/1/16 to 2/29/16 | ○ Period ○ YTD | ○ Period ○ YTD | ○ Period ○ YTD | ○ Period ○ YTD |
|---|---|---|---|---|---|
| Account  Account Name | | | | | |
| Total Revenue | 68,751.15 | | | | |
| Total COG | 63,736.99 | | | | |
| Total Expenses | 39,392.78 | | | | |
| Net Profit Or Loss | -34,378.62 | | | | |

# Flash P/L - From 3/1/16 to 3/31/16 Profit Loss

◉ Period  ○ YTD    ○ Period  ○ YTD    ○ Period  ○ YTD    ○ Period  ○ YTD    ○ Period  ○ YTD    ○ Period  ○ YTD    ○ Period  ○ YTD

| Account | Account Name | Flash P/L - From 3/1/16 to 3/31/16 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4000 | Custom Screenprinted Sales | 14,059.11 | | | | | | |
| 4001 | Custom Embroidered Sales | 16,655.65 | | | | | | |
| 4002 | Contract Screenprinting Sales | 35,733.95 | | | | | | |
| 4003 | Contract Embroidery Sales | 22,198.50 | | | | | | |
| 4005 | Sales - Ad Specialty | 9,202.05 | | | | | | |
| 4006 | Sales - Special Events | | | | | | | |
| 4007 | Custom Digital Sales | | | | | | | |
| 4008 | Contract Digital Sales | | | | | | | |
| 4018 | Sales - Miscellaneous | | | | | | | |
| 4019 | Sales - Refunds And Returns | -294.93 | | | | | | |
| 4020 | Rent Income | | | | | | | |
| 4021 | Interest Income | | | | | | | |
| 4022 | Miscellaneous Income | | | | | | | |
| 4025 | Sample Screen Printed Sales | | | | | | | |
| 4125 | Sample Embroidered Sales | | | | | | | |
| 4200 | Subcontract Screenprinted Sales | | | | | | | |
| 4250 | Subcontract Embroidered Sales | | | | | | | |
| 4475 | Shipping Charges Revenue | 2,413.15 | | | | | | |
| | Total Revenue | 99,967.48 | | | | | | |
| 5000 | Cost Of Goods Sold | | | | | | | |
| 5001 | Purchases - Blank Goods | 41,888.47 | | | | | | |
| 5003 | Purchases - Fabric | 256.74 | | | | | | |
| 5005 | Purchases - Labels | | | | | | | |
| 5006 | Purchases - Ad Specialties | 2,549.93 | | | | | | |
| 5018 | Credits & Refunds | | | | | | | |
| 5019 | Freight In | | | | | | | |
| 5020 | Change In Inventory | | | | | | | |
| 5021 | Garment Dying | | | | | | | |
| 5022 | Contractor - Graphics | | | | | | | |
| 5023 | Contractor - Labeling | | | | | | | |
| 5024 | Contractor - Printing | | | | | | | |
| 5025 | Contractor - Embroidery | | | | | | | |

# Flash P/L - From 3/1/16 to 3/31/16 Profit Loss

◉ Period ○ YTD    ○ Period ○ YTD    ○ Period ○ YTD    ○ Period ○ YTD    ○ Period ○ YTD    ○ Period ○ YTD    ○ Period ○ YTD

| Account | Account Name | Flash P/L - From 3/1/16 to 3/31/16 |
|---|---|---|
| 5028 | Contractor - Punching | 740.00 |
| 5031 | Printing - Salaries | 11,748.18 |
| 5032 | Printing - Payroll Taxes | 1,711.11 |
| 5033 | Printing - Employee Benefits | 8,331.46 |
| 5034 | Graphics - Salaries | 3,076.92 |
| 5035 | Graphics - Payroll Taxes | 487.92 |
| 5036 | Graphics - Employee Benefits | 1,230.91 |
| 5038 | Embroidery - Salaries | 14,144.52 |
| 5039 | Embroidery - Payroll Taxes | 2,144.64 |
| 5040 | Embroidery - Employee Benefits | 457.76 |
| 5044 | Warehouse - Salaries | 6,898.14 |
| 5045 | Warehouse - Payroll Taxes | 1,057.35 |
| 5046 | Warehouse - Employee Benefits | |
| 5051 | Manufacturing Supplies | 921.02 |
| 5052 | Embroidery Supplies | 300.36 |
| 5053 | Silkscreening Supplies | 1,865.04 |
| 5998 | Inventory Defects [OnSite 7 Default] | |
| 5999 | Payment Discounts [OnSite 7 Default] | |
| | Total Cost Of Goods | 99,810.47 |
| 6001 | Selling - Salaries | 2,296.75 |
| 6002 | Selling - Payroll Taxes | 341.74 |
| 6003 | Selling - Employee Benefits | 3,892.60 |
| 6004 | Administrative - Salaries | 20,514.80 |
| 6005 | Administrative - Payroll Taxes | 1,561.43 |
| 6006 | Administrative - Employee Benefits | 11,996.21 |
| 6011 | Freight Out | |
| 6012 | Entertainment & Meals | 2,130.42 |
| 6013 | Bad Debt Expense | |
| 6014 | SHOWS | |
| 6025 | Travel - Shows | |
| 6026 | Travel - Sales | |
| 6027 | Advertising | |

# Flash P/L - From 3/1/16 to 3/31/16 Profit Loss

◉ Period  ○ YTD    ○ Period  ○ YTD    ○ Period  ○ YTD    ○ Period  ○ YTD    ○ Period  ○ YTD    ○ Period  ○ YTD    ○ Period  ○ YTD

| Account | Account Name | Flash P/L - From 3/1/16 to 3/31/16 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6028 | Royalties | | | | | | | |
| 6029 | Commissions | 1,921.11 | | | | | | |
| 6034 | Amortization | | | | | | | |
| 6035 | Auto Expense - Lease | | | | | | | |
| 6036 | Auto Expense - Insurance | 716.92 | | | | | | |
| 6037 | Auto Expense - Other | 50.20 | | | | | | |
| 6040 | IT expense | | | | | | | |
| 6041 | Computer - Purchases | | | | | | | |
| 6042 | Computer - Technician | | | | | | | |
| 6043 | Bank Fees | 1,975.01 | | | | | | |
| 6045 | Credit Card Fees | | | | | | | |
| 6046 | Professional Fees | | | | | | | |
| 6048 | Depreciation | | | | | | | |
| 6051 | Insurance Expense | 1,955.30 | | | | | | |
| 6054 | Interest Expense | | | | | | | |
| 6055 | Presidential - Interest Expense | | | | | | | |
| 6056 | Presidential - Fees | | | | | | | |
| 6057 | Office Expense | 36.35 | | | | | | |
| 6058 | Office Supplies | 165.16 | | | | | | |
| 6059 | Machine Lease Expense | | | | | | | |
| 6061 | Postage | | | | | | | |
| 6065 | Research & Development | | | | | | | |
| 6067 | Rent | 6,047.12 | | | | | | |
| 6070 | Repairs & Maintenance | 492.00 | | | | | | |
| 6076 | Taxes - Capital Stock | | | | | | | |
| 6077 | Taxes - Real Estate | | | | | | | |
| 6078 | Taxes - Other | | | | | | | |
| 6081 | Telephone - Office | 1,746.86 | | | | | | |
| 6082 | Telephone - Cell | 360.21 | | | | | | |
| 6091 | Utilities | 3,548.44 | | | | | | |
| 6099 | Miscellaneous | | | | | | | |
| | **Total Expense** | **61,748.63** | | | | | | |

# Flash P/L - From 3/1/16 to 3/31/16 Profit Loss

| Account | Account Name | ● Period ○ YTD<br>Flash P/L - From<br>3/1/16 to 3/31/16 | ○ Period ○ YTD | ○ Period ○ YTD | ○ Period ○ YTD | ○ Period ○ YTD | ○ Period ○ YTD | ○ Period ○ YTD |
|---|---|---|---|---|---|---|---|---|
| | Total Revenue | 99,967.48 | | | | | | |
| | Total COG | 99,810.47 | | | | | | |
| | Total Expenses | 61,748.63 | | | | | | |
| | Net Profit Or Loss | -61,591.62 | | | | | | |