# EXHIBIT B

# INVESTMENT OPPORTUNITY
# SILK SCREENING AND EMBROIDERY

## COMPANY OVERVIEW

Established in 1975 and located in Suburban Philadelphia, the silk screening and embroidery company provides screen printing, embroidery and graphic arts services to a variety of customers from a 20k square foot facility. Greater than 90% of the services they provide are sourced from this facility. 2015 Revenue will be about $2.3MM.

Beginning in 1985, the current majority owner became a Junior Partner and began a 10 year process of acquiring a controlling interest. Once controlling interest was acquired, the current owner began the process of expanding into new markets, resulting in a tripling of revenue.

In 2007, the company acquired an embroidery company and consolidated the capabilities in one location. The acquisition provided the catalyst to focus the services in Corporate and Contract Decorating markets. Today, the bulk of the revenue comes from recognizable - brand name corporations, sports organizations, local businesses, schools, clubs and families.

## INVESTMENT HIGHLIGHTS

*Brand Name Clients:* The Company has a sterling reputation for quality and delivery. It provides product to a number of high profile, "brand name" organizations in the Philadelphia area.

*Growth Opportunities:* The majority owner has identified additional revenue streams for 2016. The company could begin 2017 on a $3.3 - 3.5MM run rate (40% revenue growth). Proceeds from the equity sale would provide the cash flow to fund the identified growth opportunities.

*Focused Management:* In October 2012, the Company's local banking partner was closed by the FDIC. For 3+ years, management has been distracted dealing with the ramifications. The Company is emerging from situation, and is now able to focus on growth.

*Reputation for Quality and Reliability:* In a price sensitive industry, the Company's well earned reputation allows it to effectively compete against lower priced competitors.

*Client Satisfaction, Retention and Revenue:* The Company has a number of long-term relationships, spanning over 10 years in length, resulting in a predictable, recurring stream of revenue.

*Available Capacity:* The existing facility has available capacity. The facility could handle a doubling in revenue.

## TRANSACTION SUMMARY

The Company is offering an equity position. The current majority owner (66%) is willing to sell all or a portion of his shares of the business. The two minority shareholders equity is also available. The preferred arrangement is a transfer of ownership over time, however the current ownership is open to alternatives.

For more information contact: The Accelerx Group
P.O. Box 1090, Lansdale PA 19446 P/ 215.361.6669  Info@AccelerxGroup.com  www.AccelerxGroup.com